

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:    01-13-00630-CR

Trial Court Cause
Number:    1334322

Style:    Darius Jamarr Graves

    **v** The State of Texas

Date motion filed[*]:    4/23/14

Type of motion:    Extension of Time to File Brief

Party filing motion:    Appellee

Document to be filed:    Brief

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

    Original due date:    3/27/14

    Number of previous extensions granted:    1

    Date Requested:    4/24/14

Ordered that motion is:

    ☒   Granted

        If document is to be filed, document due: 4/24/14

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Laura Carter Higley

    ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: April 29, 2014